IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DAVID BERTAGNA,** | 2:08-cv-00049-LEW-CMK |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time of thirty days, up to and including March 17, 2008, in which to file an answer to the Petition for Writ of Habeas Corpus.

DATED: February 14, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE