# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE BERTAGNA, | Case No.  CIV S-08-0049-JAM-CMK-P |
| Petitioner, | ORDER DISMISSING CASE WITH PREJUDICE |
| vs | |
| D.K. SISTO, Warden, | |
| Respondent. | |

Good cause appearing, it is hereby ORDERED that this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: 12/28/2010                    /s/ John A. Mendez

Hon. John A. Mendez

U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com